UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., </br></br>Plaintiffs,</br></br>v.</br></br>F. DAUES CONTRACTING, INC.,</br></br>Defendant. | )</br>)</br>)</br>)  No. 4:08CV1678 FRB</br>)</br>)</br>)</br>)</br>)</br>) |

## JUDGMENT

Plaintiffs filed this action to recover, inter alia, delinquent contributions and liquidated damages allegedly owed to the plaintiff employee benefit funds pursuant to 29 U.S.C. §§185 and 1132. Plaintiffs also seek to recover attorneys' fees, accounting fees, and costs incurred in this action. Defendant was served with the summons and complaint on November 25, 2008.

The plaintiffs subsequently completed a payroll examination covering the period of April 1, 2005 through June 30, 2008. Based on that examination, defendant owes plaintiffs $73,511.49 in unreported contributions. In addition, pursuant to the collective bargaining agreement and ERISA, 29 U.S.C. §1132(g)(2), plaintiffs are owed $14,722.89 in liquidated damages and $8,395.19 in pre-judgment interest. Also, the collective bargaining agreement and ERISA, 29 U.S.C. §1132(g)(2), require defendant to pay plaintiffs' attorneys' fees, accounting fees, and costs. Plaintiffs incurred $1,170.00 in attorneys' fees, $1,910.00 in accounting fees, and $453.50 in court costs and special process server fees. Based on the evidence presented, the Court finds that the services performed by plaintiffs' accountants and attorneys were reasonable and necessary to the litigation of this case, that the rates charged were reasonable, and that the amounts sought for attorneys' fees and accounting fees are reasonable.

The total amount owed by defendants to plaintiffs during this time period is $100,163.07.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs shall recover from defendant F. Daues Contracting, Inc. the total of $100,163.07.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Date: 3-6-09